# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVERAS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education, and STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury,<br><br>    *Defendants*. | Civil Action No. 16-11949 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT STEVEN T. MNUCHIN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Darnell E. Williams and Yessenia M. Taveras hereby notice voluntary dismissal of their action against Defendant Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury. Plaintiffs maintain their action against Defendant Elisabeth P. DeVos, in her official capacity as Secretary of the United States Department of Education.

Respectfully submitted,

/s/ *Alec P. Harris*
Alec P. Harris, BBO No. 601127

Toby R. Merrill, BBO No. 601071
Deanne B. Loonin, BBO No. 668231
Eileen M. Connor, BBO No. 569184*

Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Phone: (617) 522-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*
*\* Application for admission pending*

Dated: February 21, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 21, 2017

/s/ *Alec P. Harris*
Alec P. Harris