UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVARES, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 16-11949-LTS |
| ELISABETH DEVOS, in her official capacity as Secretary of Education,[1] | ) ) ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), Defendant Elisabeth DeVos, in her official capacity as Secretary of Education, by and through her attorney, William D. Weinreb, the Acting United States Attorney for the District of Massachusetts, hereby seeks leave to file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss (Document No. 22).

As grounds for this motion, Defendant states that Plaintiffs have raised new arguments and provided new evidence in their opposition not previously addressed in Defendants' memorandum of law (Document No. 19). For instance, Plaintiffs argues that the Massachusetts Attorney General has filed a borrower defense claim on their behalf. Moreover, they have submitted affidavits describing the alleged harm they are suffering at the hands of the federal government. Finally, Plaintiffs argue in reliance on a non-party's affidavit that the borrower

---

[1] The action was originally brought against then-Secretary of Education John King. Elisabeth DeVos was sworn in as the Secretary of Education on February 7, 2017 and is automatically substituted as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).

1

defense process is slow and cumbersome and, presumably, not an adequate remedy.  Defendant wishes to file a reply brief in order to address these and other arguments raised in the Opposition.

Defendant further states that between now and March 15, 2017, the undersigned attorney has six depositions, two mediations and a brief due in another matter.  Thereafter, the undersigned will be travelling out of state from March 16, 2017 through March 21, 2017.  For these reasons, Defendant seeks leave to file her reply on or before March 31, 2017.

Plaintiffs do not object to the relief requested by this motion.

WHEREFORE, Defendant respectfully requests that the Court grant her motion and permit her to file a reply brief on or before March 31, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DEFENDANT ELISABETH DEVOS, in her official capacity as Secretary of Education, |
|  | By her attorneys, |
|  | WILLIAM D. WEINREB<br>Acting United States Attorney |
| By: | */s/ Jessica P. Driscoll*<br>Jessica P. Driscoll, BBO No. 655394<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3398 |
| Dated: February 24, 2017 | Jessica.Driscoll@usdoj.gov |

## Local Rule 7.1 Certificate

I hereby certify that I contacted Plaintiffs' attorneys, Alec Harris, who indicated that Plaintiffs do not object to the relief requested by this motion.

|  |  |
|---|---|
|  | */s/ Jessica P. Driscoll*<br>Jessica P. Driscoll |
| Dated: February 24, 2017 | Assistant United States Attorney |

## **CERTIFICATE OF SERVICE**

  I, Jessica P. Driscoll, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

                */s/ Jessica P. Driscoll*
                Jessica P. Driscoll
Dated: February 24, 2017       Assistant United States Attorney