UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVERAS, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> Defendant. | C.A. No. 16-11949-LTS |

# ADMINISTRATIVE RECORD

Pursuant to the Court's Order dated October 19, 2017 (Document No. 42), Defendant, Elisabeth DeVos, Secretary of the U.S. Department of Education, by and through her attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, respectfully submits the attached certified administrative record ("Record") for the above-captioned action. The Record has been certified, indexed and labelled ***A.R. 0001- A.R. 0838.***

                                                                          Respectfully submitted,

                                                                          WILLIAM D. WEINREB,
                                                                          Acting United States Attorney

                                   By:    */s/ Jessica P. Driscoll*
                                                          Jessica P. Driscoll, BBO No. 655394
                                                          Assistant United States Attorney
                                                          United States Attorney's Office
                                                          John Joseph Moakley U.S. Courthouse
                                                          1 Courthouse Way, Suite 9200
                                                          Boston, MA 02210
                                                          (617) 748-3398
Dated: November 17, 2017                          Jessica.Driscoll@usdoj.gov

## CERTIFICATE OF SERVICE

  I, Jessica P. Driscoll, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

                    */s/ Jessica P. Driscoll*
                    Jessica P. Driscoll
Dated: November 17, 2017        Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVERAS, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-11949-LTS <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT ELISABETH DEVOS
## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the attached pages AR0001 through AR0838 constitute true copies of the administrative record for the U.S. Department of Education's decision to certify the student loan debts owed by Plaintiffs with the Treasury Offset Program in the above-captioned case. Pages AR0001 through AR0532 relate to Plaintiff Darnell E. Williams, and pages AR0533 through AR0838 relate to Plaintiff Yessenia M. Taveras. I have caused the seal of the U.S. Department of Education to be affixed on this certification made on this 9th day of November, 2017.

Brian Siegel
Deputy Assistant General Counsel

# INDEX OF ADMINISTRATIVE RECORD
# Civil Action No. 16-11949-LTS (D. Mass.)

## 1. RECORDS RELATING TO PLAINTIFF DARNELL WILLIAMS

| | |
|---|---|
| AR0001-AR0008 | Master Promissory Note dated March 24, 2011 |
| AR0009-AR0487 | Pre-Default Loan Servicing Records |
| AR0488-AR0489 | Letter to Darnell Williams from U.S. Department of Education dated February 20, 2015 |
| AR0490-AR0495 | Debt Statement (and Enclosures) to Darnell Williams from U.S. Department of Education dated August 14, 2015 |
| AR0496-AR0503 | National Student Loan Data System Loan History and Loan Details for Darnell Williams |
| AR0504-AR0524 | Reports from the U.S. Department of Education Debt Management and Collections System |
|     AR0504 | AWG Information |
|     AR0505 | Borrower Address History |
|     AR0506 | Borrower Information |
|     AR0507 | Collection Agency (PCA) History |
|     AR0508 | Credit Bureau Reporting |
|     AR0509-AR0511 | Debt Detail, Direct |
|     AR0512-AR0514 | Debt Information |
|     AR0515 | Debt Overview |
|     AR0516 | Financial Transactions |
|     AR0517-AR0519 | Historical Events |
|     AR0520 | Imaging Information |
|     AR0521 | TOP Certification Information (Generated September 30, 2016) |
|     AR0522 | TOP Certification Information (Generated September 27, 2017) |
|     AR0523 | TOP Collections |
|     AR0524 | Notice Requests (Screen Print) |
| AR0525-AR0527 | Memorandum dated November 19, 2015; Subject: Selection Criteria for 2016 TOP <u>Certification</u> Processing |
| AR0528 | TOP File Transmittal Form dated December 9, 2015 |
| AR0529-AR0531 | Memorandum dated November 17, 2016; Subject: Selection Criteria for 2017 TOP <u>Recertification</u> Processing |
| AR0532 | TOP File Transmittal Form dated December 5, 2016 |

# INDEX OF ADMINISTRATIVE RECORD
## Civil Action No. 16-11949-LTS (D. Mass.)

## 2. RECORDS RELATING TO PLAINTIFF YESSENIA TAVERAS

| | |
|---|---|
| AR0533-AR0540 | Master Promissory Note dated October 6, 2010 |
| AR0541-AR0790 | Pre-Default Loan Servicing Records |
| AR0791-AR0792 | Letter to Yessenia Taveras dated December 17, 2014 |
| AR0793-AR0798 | Debt Statement (and Enclosures) to Yessenia Taveras dated August 8, 2015 |
| AR0799-AR0806 | National Student Loan Data System Loan History and Loan Details for Yessenia Taveras |
| AR0807-AR0829 | Reports from the U.S. Department of Education Debt Management and Collections System |
| AR0807 | AWG Information |
| AR0808 | Borrower Address History |
| AR0809 | Borrower Information |
| AR0180 | Collection Agency (PCA) History |
| AR0811 | Credit Bureau Reporting |
| AR0812-AR0813 | Debt Detail, Direct |
| AR0814-AR0816 | Debt Information |
| AR0817 | Debt Overview |
| AR0818-AR0819 | Financial Transactions |
| AR0820-AR0824 | Historical Events |
| AR0825 | Imaging Information |
| AR0826 | TOP Certification Information (Generated October 24, 2016) |
| AR0827 | TOP Certification Information (Generated February 22, 2017) |
| AR0828 | TOP Collections |
| AR0829 | Notice Requests (Screen Print) |
| AR0830-AR0832 | Memorandum dated November 19, 2015; Subject: Selection Criteria for 2016 TOP <u>Certification</u> Processing |
| AR0833 | TOP File Transmittal Form dated December 9, 2015 |
| AR0834-AR0838 | Attestation for Certain Everest and Wyotech Students, Application for Borrower Defense to Repayment Loan Discharge dated June 3, 2016 |