UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVERAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>*Defendant*. | Civil Action No. 16-11949-LTS |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), Plaintiffs Darnell Williams and Yessenia Taveras seek leave to file a reply to Defendant's Opposition (Doc. No. 50) to Plaintiffs' Motion to Supplement the Administrative Record and Permit Limited Discovery (Doc. No. 46).

As a basis for this Motion, Plaintiffs note that in her Opposition, Defendant has introduced a new declaration and new evidentiary exhibits. Defendant has also made arguments about why the Massachusetts Attorney General's Defense to Repayment Application, filed with this Court under seal (Exhibit A to Doc. No. 47), may not be unsealed pursuant to a valid court order, a position that was not contemplated by the Protective Order (Doc. No. 40). Plaintiffs seek to respond to these and other issues in a reply brief.

In addition, Plaintiffs' counsel note that their office is closed December 25, 2017, to January 1, 2018.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion and permit them to file a reply brief on or before January 5, 2018.

1

Respectfully submitted,

By: */s/ Alec P. Harris*
Alec P. Harris, BBO No. 601127
Eileen M. Connor, BBO No. 569184
Toby R. Merrill, BBO No. 601071
Deanne B. Loonin, BBO No. 668231
LEGAL SERVICES CENTER OF HARVARD
LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003
*Attorneys for Plaintiffs*

Dated: December 18, 2017

## LOCAL RULE 7.1 CERTIFICATE

Counsel have conferred about this Motion as required by Local Rule 7.1. Defendant assents.

*/s/ Alec P. Harris*
Alec P. Harris

Dated: December 18, 2017

## CERTIFICATE OF SERVICE

I, Alec Harris, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

*/s/ Alec P. Harris*
Alec P. Harris

Dated: December 18, 2017