# **EXHIBIT B**

Case 1:16-cv-11949-LTS   Document 101-2   Filed 12/20/18   Page 2 of 4



Yessenia M. Taveras

Peabody, Massachusetts
United States

December 12, 2018

Dear Ms. Taveras,

On or about November 30, 2015, the U.S. Department of Education's Federal Student Aid received a submission from Massachusetts Attorney General regarding the actions of Corinthian College, which it has previously investigated. Pursuant to a decision by the U.S. District Court rendered in Williams v. DeVos, Case No. 16-11949 (D. Mass.), issued on October 24, 2018, this submission will be considered as part of your individual borrower defense application, which you submitted on June 3, 2016.

Your account has been in stopped collection status since April 26, 2018 and is not certified for Treasury Offset program. This will continue until the U.S. Department of Education's review of your borrower defense application is completed.

Sincerely,

Borrower Defense Unit
Federal Student Aid
U.S. Department of Education


Cc:
Maura Healey
Attorney General
The Commonwealth of Massachusetts

---

[1] The Secretary of Education reserves all legal rights to challenge the Court's decision.

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™　　　　　　UPS Access Point™　　　　　　UPS Access Point™
   THE UPS STORE　　　　　　　ASO GOLD SPOT　　　　　　　SUNSET WINE & SPIRITS
   455 MASSACHUSETTS AVE NW　712 H ST NE　　　　　　　　1625 1ST ST NW
   WASHINGTON ,DC 20001　　　WASHINGTON ,DC 20002　　　WASHINGTON ,DC 20001

FOLD HERE



Shipping label:
- TRACEY HARRIS, 202.377.3001, US DEPT OF ED - FSA - COO, 830 1ST STREET, NE, WASHINGTON DC 20002
- 2.0 LBS  LTR  1 OF 1
- SHIP TO: YESSNIA M. TAVERAS, PEABODY MA
- MA 019 9-01
- UPS NEXT DAY AIR
- TRACKING #: 1Z A87 938 01 9538 0795
- BILLING: P/P

## UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™
   THE UPS STORE
   455 MASSACHUSETTS AVE NW
   WASHINGTON ,DC 20001

   UPS Access Point™
   ASO GOLD SPOT
   712 H ST NE
   WASHINGTON ,DC 20002

   UPS Access Point™
   SUNSET WINE & SPIRITS
   1625 1ST ST NW
   WASHINGTON ,DC 20001

FOLD HERE



Shipping label:
TRACEY HARRIS
202.377-3001
US DEPT OF ED - FSA - COO
830 1ST STREET, NE
WASHINGTON DC 20002

SHIP TO:
COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON MA 02108-1518

3.0 LBS  LTR  1 OF 1
MA 023 1-01
UPS NEXT DAY AIR
TRACKING #: 1Z A87 938 01 9926 6401
BILLING: P/P