UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVERAS, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH P. DEVOS in her official capacity as Secretary of the United States Department of Education, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 16-11949-LTS ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant Attorney General as counsel for amicus curiae the Commonwealth of Massachusetts Office of Attorney General in the above-captioned matter.

        Respectfully submitted,

        COMMONWEALTH OF MASSACHUSETTS
        ATTORNEY GENERAL MAURA HEALEY

        */s/ Timothy S. Hoitink*

        Timothy S. Hoitink (BBO No. 672661)
        Assistant Attorney General
        Insurance and Financial Services Division
        Office of the Attorney General
        One Ashburton Place
        Boston, MA 02108
        (617) 963-2465

Dated: February 4, 2019         Timothy.Hoitink@mass.gov

## CERTIFICATE OF SERVICE

      I, Timothy Hoitink, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: February 4, 2019           */s/ Timothy S. Hoitink*
                                                             Timothy Hoitink