UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVARES, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, *in her official capacity as Secretary of Education,* <br><br> Defendant. | C.A. No. 16-11949-LTS |

**NOTICE OF SETTLEMENT AND JOINT MOTION**
**TO STAY THE COURT'S FEBRUARY 6, 2019 ORDER**

Plaintiffs, Darnell E. Williams and Yessenia M. Tavares ("Plaintiffs"), and the Defendant, Elisabeth DeVos, in her official capacity as Secretary of Education ("Defendant") (together, the "parties") hereby report to the Court that they have reached a settlement in principle. The parties require additional time to finalize the terms of the settlement and execute a settlement agreement. For this reason, the parties jointly request that the Court stay its February 6, 2019 Order (Document No. 108) requiring the Secretary to render a decision and report to the Court on or before March 18, 2019. The parties intend to file a Stipulation of Dismissal with Prejudice once they have executed a settlement agreement, not later than 90 days from today.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DARNELL WILLIAMS and YESSENIA TAVERAS, | DEFENDANT ELISABETH DEVOS, in her official capacity as Secretary of Education, |
| By their attorneys, | By her attorneys, |
| | ANDREW E. LELLING<br>United States Attorney |
| By: */s/ Eileen M. Connor (by JPD)*<br>Toby R. Merrill, BBO No. 601071<br>Deanne B. Loonin, BBO No. 668231<br>Eileen M. Connor, BBO No. 569184<br>Legal Services Center of Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 522-3003 | By: *Jessica P. Driscoll*<br>Jessica P. Driscoll, BBO No. 655394<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3398<br>Jessica.Driscoll@usdoj.gov |
| Dated: February 26, 2019 | Dated: February 26, 2019 |

**CERTIFICATE OF SERVICE**

I, Jessica P. Driscoll, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

*Jessica P. Driscoll*
Jessica P. Driscoll
Dated: February 26, 2019                                        Assistant United States Attorney