

U.S. Department of Justice

**Andrew E. Lelling**
*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

December 12, 2018

**By Email and First Class Mail**
Glenn Kaplan, Esq.
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

    Re: *Williams at al. v. DeVos,* Civil Action No. 16-11949-LTS

Dear Attorney Kaplan:

    I am in receipt of the letter dated November 28, 2018 that you sent to my client, Secretary Elisabeth DeVos, regarding the Court's October 24, 2018 Order in the above-captioned litigation ("Order").

    As you are aware, in its Order, the Court:

(1) allow[ed] in part and deni[ed] in part the [67] plaintiffs' Motion for Judgment, as described below;

(2) denie[d] the [80] Secretary's Motion for Judgment;

(3) vacate[d] the certifications for offset as to Williams and Taveras;

(4) declare[d] that Attorney General Healey's letter, Doc. No. 47-1, required the Secretary to render a decision on the merits of Williams and Taveras's borrower defenses;

(5) remand[ed] this matter to the Secretary for redetermination of her certification decision, including consideration of the borrower defense asserted by Attorney General Healey's letter, Doc. No. 47-1, on behalf of Williams and Taveras;

(6) order[ed] the Secretary to report on the status and timing of her decision in 60 days (12/24/2018); and

    (7)    retain[ed] jurisdiction of this matter in the event of an appeal from or challenge to the administrative decision ordered by paragraph 5 and any subsequent decision regarding certification for offset as to Williams and Taveras.

*Williams at al. v. DeVos,* Civil Action No. 16-11949-LTS, ECF No. 99. The Secretary intends to comply with the letter of the Court's Order and, accordingly, will describe her compliance efforts in a status report filed with the Court on or before December 24, 2018.

Please contact me directly should you have any further concerns regarding this litigation.

Very truly yours,

*/s/ Jessica P. Driscoll*

Jessica P. Driscoll
Assistant United States Attorney