UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVARES, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, *in her official capacity as Secretary of Education,* <br><br> Defendant. | C.A. No. 16-11949-LTS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiffs, Darnell E. Williams and Yessenia M. Tavares ("Plaintiffs"), and Defendant, Elisabeth DeVos, in her official capacity as Secretary of Education ("Defendant") (together, the "parties") hereby STIPULATE and AGREE that the above-captioned matter be dismissed WITH PREJUDICE. Accordingly, the parties respectfully request that the Court vacate its Order dated February 6, 2019 (Document No. 108) and enter an Order of dismissal with prejudice.

Respectfully submitted,

DARNELL WILLIAMS and YESSENIA TAVERAS,

By: _____
Toby R. Merrill, BBO No. 601071
Deanne B. Loonin, BBO No. 668231
Eileen M. Connor, BBO No. 569184
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003

Dated: May 7, 2019

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Jessica P. Driscoll*
Jessica P. Driscoll, BBO No. 655394
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398
Jessica.Driscoll@usdoj.gov

Dated:  April 30, 2019

## CERTIFICATE OF SERVICE

I, \_\_\_\_Eileen Gunnor\_\_\_\_, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: May 7, 2019                  _/s/ signature_

SO ORDERED:

_____
U.S. DISTRICT JUDGE LEO T. SOROKIN
Dated: _____, 2019