UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVARES,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education,<br><br>Defendant. | C.A. No. 1:16-cv-11949-LTS |

## NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, hereby notify the Court that they have reached settlement in principle regarding ECF No. 136, which is Plaintiffs' Motion for An Award of Fees and Costs Pursuant to the Equal Access to Justice Act, and that Plaintiffs plan to withdraw the Motion with prejudice after executing a settlement agreement.

| | Respectfully submitted, |
|---|---|
| DARNELL WILLIAMS and YESSENIA TAVERAS, | ELISABETH DEVOS, in her official capacity as Secretary of Education, |
| By their attorneys, | By her attorneys, |
| | ANDREW E. LELLING<br>United States Attorney |
| */s/ Eileen Connor*<br>Toby R. Merrill, BBO No. 601071<br>Eileen M. Connor, BBO No. 569184<br>Legal Services Center of Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 522-3003 | */s/ Annapurna Balakrishna*<br>Annapurna Balakrishna BBO No. 655051<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3111<br>annapurna.balakrishna@usdoj.gov |

Dated: July 25, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: July 25, 2019

*/s/ Annapurna Balakrishma*
Annapurna Balakrishna
Assistant United States Attorney

2