UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DARNELL E. WILLIAMS and YESSENIA M. TAVARES,<br><br>              Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education,<br><br>              Defendant. | C.A. No. 1:16-cv-11949-LTS |

**JOINT STATUS REPORT REGARDING SETTLEMENT OF THE REQUEST FOR FEES**

The parties, by and through their undersigned counsel, hereby notify the Court that on September 20, 2019, Plaintiff's counsel received the agreed-upon fee amount.

Respectfully submitted,

| | |
|---|---|
| DARNELL WILLIAMS and YESSENIA TAVERAS,<br><br>By their attorneys, | ELISABETH DEVOS, in her official capacity as Secretary of Education,<br><br>By her attorneys,<br><br>ANDREW E. LELLING<br>United States Attorney |
| */s/ Eileen Connor*<br>Toby R. Merrill, BBO No. 601071<br>Eileen M. Connor, BBO No. 569184<br>Legal Services Center of Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 522-3003 | */s/ Annapurna Balakrishna*<br>Annapurna Balakrishna BBO No. 655051<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3111<br>annapurna.balakrishna@usdoj.gov |

Dated: October 7, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

|  |  |
|---|---|
|  | */s/ Annapurna Balakrishma* |
|  | Annapurna Balakrishna |
| Dated: October 7, 2019 | Assistant United States Attorney |

2